FILED: September 16, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-2098

(8:19-cv-01944-SAG)

_____

J.O.P.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z., on behalf of themselves as individuals and on behalf of others similarly situated

        Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ANGELICA ALFONSO-ROYALS, Acting Director, U.S. Citizenship & Immigration Services; KIKA SCOTT, Senior Official Performing the duties of the Director, U.S. Citizenship & Immigration Services; KRISTI NOEM, Secretary of Homeland Security; U. S. IMMIGRATION & CUSTOMS ENFORCEMENT; PATRICK J. LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director; TODD LYONS, Acting Director US Immigration and Customs Enforcement

        Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:19-cv-01944-SAG |
| Date notice of appeal filed in originating court: | 09/15/2025 |
| Appellant(s) | U.S. Department of Homeland Security |

| Appellate Case Number | 25-2098 |
|---|---|
| Case Manager | R. Sewell<br>804-916-2702 |