# United States Court of Appeals For the Fourth Circuit
## Docketing Statement –CIVIL/AGENCY CASES
### (additional pages)

25-2098, *J.O.P. et al., v. U.S. Department of Homeland Security, et al.*

| **Adverse Parties (continued)** | |
|---|---|
| **Adverse Party:**<br>J.O.P.; M.E.R.E.; K.A.R.C.; E.D.G.; L.M.Z.<br>**Attorney:**<br>Jesse Lempel<br>**Address:**<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>**E-mail:**<br>JLempel@goodwinlaw.com<br>**Phone:**<br>617-570-1508 | |