No. 25-2098

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

J.O.P, et al.
Plaintiffs-Appellees,

v.

U.S. Department of Homeland Security, *et al.*,
Defendants-Appellants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
District Court Case No. 8:19-cv-01944

---

## MOTION TO WITHDRAW APPEARANCE

---

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | RICHARD INGEBRETSEN<br>ERHAN BEDESTANI<br>Trial Attorneys |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | BRANDON D. ZELLER<br>Trial Attorney<br>Office of Immigration Litigation |
| RUTH ANN MUELLER<br>Acting Assistant Director<br>Office of Immigration Litigation | Civil Division, U.S. Dept. of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044 |
| | *Attorneys for Federal Respondents* |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 46(c), Defendants-Appellants hereby move to withdraw the appearance of Brandon D. Zeller as counsel for Defendants-Appellants. Good cause supports this request, as Mr. Zeller's last day of employment with the U.S. Department of Justice's Office of Immigration Litigation is October 10, 2025. Defendants-Appellants continue to be represented by other counsel in this matter.

Per Local Rule 27(a), Defendants-Appellants certify that counsel for the Parties have conferred on the intended filing of this motion, and Plaintiffs-Appellees do not object to the motion.

October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

DREW C. ENSIGN
*Deputy Assistant Attorney General*

RUTH A. MUELLER
*Acting Assistant Director*
Office of Immigration Litigation

RICHARD INGEBRETSEN
ERHAN BEDESTANI
*Trial Attorneys*

*/s/ Brandon D. Zeller*
BRANDON D. ZELLER
Trial Attorney (NC Bar # 50245)
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (771) 217-8120
Brandon.D.Zeller@usdoj.gov

*Attorneys for Respondents-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains less than 5,200 words, exclusive of the tables of contents and citations, and certificates of counsel.

## CERTIFICATE OF SERVICE

I certify that on September 30, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the Court's CM/ECF System. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through that system.

October 1, 2025

*/s/ Brandon D. Zeller*
BRANDON D. ZELLER
Trial Attorney (NC Bar # 50245)
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (771) 217-8120
Brandon.D.Zeller@usdoj.gov

*Attorney for Respondents-Appellants*