No. 25-2098

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

J.O.P., *et al.*,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants – Appellants.

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Defendants-Appellants hereby move to voluntarily dismiss this appeal.

On November 19, 2025, undersigned counsel conferred with Plaintiffs-Appellees' counsel, who stated that they do not oppose Defendants-Appellants' motion.

Dated: November 20, 2025　　　　　　Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Acting Assistant Director
Office of Immigration Litigation

*/s/Richard Ingebretsen*
Richard Ingebretsen
Trial Attorney (D.C. Bar No. 1736200)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

**CERTIFICATION OF COMPLIANCE AND SERVICE**

I hereby certify that the body of this motion, including footnotes, contains 35 words, thereby satisfying the 5,200-word limit in Fed. R. App. P. 27(d)(2)(A). I further certify that this motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) by using Microsoft Word's Times New Roman 14-point font.

I further certify that on November 20, 2025, I caused a copy of this status report to be served, by the Notice of Docketing Activity generated by the Fourth Circuit's electronic filing system, on counsel of record.

Dated: November 20, 2025

*s/ Richard G. Ingebretsen*
Richard G. Ingebretsen
*Trial Attorney*